

# Fourth Court of Appeals
## San Antonio, Texas

July 8, 2014

No. 04-14-00254-CV

**IN RE LIBERTY MUTUAL FIRE INSURANCE COMPANY**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Catherine Stone, Chief Justice
               Sandee Bryan Marion, Justice
               Luz Elena D. Chapa, Justice

On July 2, 2014, this court conditionally granted the petition for writ of mandamus filed by relator Liberty Mutual Fire Insurance Company and ordered the trial court to vacate the challenged order and enter an order of dismissal within ten days from the date of this court's order.

On July 8, 2014, real party in interest Julian Morales filed an unopposed motion requesting that this court abate its prior order to allow for the filing of a motion for rehearing. TEX. R. APP. P. 52.9. The real party in interest's motion is GRANTED.

This court's order of July 2, 2014 requiring the trial court to act as directed is **TEMPORARILY ABATED** until further order of this court.

It is so **ORDERED** on July 8th, 2014.

PER CURIAM

ATTESTED TO: _____

Keith E. Hottle
Clerk of Court



---

[1] This proceeding arises out of Cause No. 09-03-11925-ZCV, styled *Julian T. Morales v. Liberty Mutual Fire Insurance Company*, pending in the 365th Judicial District Court, Zavala County, Texas, the Honorable Amado J. Abascal III presiding.